IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1026-WDM-BNB

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

$16,020.00 IN UNITED STATES CURRENCY,

        Defendant.

---

FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and sole claimant Eric L. Carree have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant $16,020.00 in United States Currency have been filed;

THAT upon agreement of the parties, the $8,010.00 of defendant $16,020.00 in United States Currency shall be forfeited to the United States and disposed of in accordance with law;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of $8,010.00 of defendant $16,020.00 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the forfeited $8,010.00 in United States Currency, and may dispose of defendant currency in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all of defendant $16,020.00 in United States Currency pursuant to 28 U.S.C. §2465.

SO ORDERED this 14th day of July, 2008.

BY THE COURT:

s/ Walker D. Miller

_____
WALKER D. MILLER
UNITED STATES DISTRICT COURT JUDGE